➢AO 245D (CASD)  (Rev. 4/14)  Judgment in a Criminal Case for Revocations

Sheet 1

**FILED**

NOV 0 1 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |
| CANDELARIA RODRIGUEZ (1) | (For Offenses Committed On or After November 1, 1987) |

Case Number: 09CR0925-WQH

RICHARD DEKE FALLS, FEDERAL DEFENDERS
_____
Defendant's Attorney

**REGISTRATION No.** 12687298

THE DEFENDANT:

[x] admitted guilt to violation of allegation(s) No. 1-5 _____

[ ] was found in violation of allegation(s) No. _____ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following allegation(s):

| Allegation Number | Nature of Violation |
|---|---|
| 1 | Committed a federal, state or local offense (nv1) |
| 2-3 | Unlawful use of controlled substance (nv3) |
| 4 | Failure to participate in drug aftercare program (nv21) |
| 5 | Failure to report as directed (nv7) |

_Supervised Release_ is revoked and the defendant is sentenced as provided in pages 2 through ___2___ of this judgment. This sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

OCTOBER 31, 2016
_____
Date of Imposition of Sentence

_____

HON. WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE

09CR0925-WQH

AO 245D (CASD) (Rev. 4/14)  Judgment in a Criminal Case for Revocations
      Sheet 2 — Imprisonment

Judgment — Page   2   of   2  

DEFENDANT: CANDELARIA RODRIGUEZ (1)
CASE NUMBER: 09CR0925-WQH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of

7 months

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m.    on _____ .

    as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before _____

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
        DEPUTY UNITED STATES MARSHAL

09CR0925-WQH